UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a
non-profit corporation,

NO. CIV. S-11-3029 LKK/EFB

       Plaintiff,

   v.

O R D E R

M&M RECYCLING, INC., a
California corporation, and
ROBERT SCHAFFNER, an
individual,

       Defendants.
_____/

    A status conference in the above-captioned case is currently scheduled for February 13, 2012 at 2:30 P.M.

    Defendant Robert Schaffner has indicated that he will be proceeding in propia persona on behalf of himself and M&M Recycling, Inc.  See Joint Status Report, ECF No. 6, at 3. However, pursuant to Local Rule 183(a), "A corporation or other entity may appear only by an attorney."  L.R. 183(a).

    Accordingly, the court ORDERS as follows:

    [1] The status conference scheduled for February 13, 2012 is

1   CONTINUED to May 14, 2012 at 1:30 p.m.
2   [2] If possible, M&M Recycling, Inc. SHALL retain counsel,
3   pursuant to Local Rule 183(a).  If unable to do so, the court
4   will issue a default judgment upon the request of plaintiff.
5   [3] The parties SHALL file updated status reports no later
6   than fourteen (14) days prior to that status conference.
7   IT IS SO ORDERED.
8   DATED:   February 8, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2